FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

Monday, July 19, 2021

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B., A CHILD**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 22, 2021, the trial court clerk filed a general notification of late clerk's record. However, the trial court clerk already filed a clerk's record on March 26, 2021, and a supplemental clerk's record on May 25, 2021. This supplemental record includes the final order signed on April 21, 2021. We direct the parties to review the records filed and request any supplementation of the clerk's record. Unless a request for supplementation is filed within the next ten days, we will treat the clerk's record as being complete. The trial court clerk's notification of late record is NOTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court